# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO. 8:04CR316** |
| ) | |
| **Plaintiff,** ) | |
| ) | **MEMORANDUM** |
| **vs.** ) | **AND ORDER** |
| ) | |
| **GARY L. NAPIER, JR.,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the Court on the Defendant's motion to amend the Judgment (Filing No. 210).

The Defendant requests that the Judgment be amended to reflect that Count V of the Indictment, to which the Defendant pleaded guilty, relates to a handgun and not a machine gun as stated in the Judgment. Correction of the error is proper pursuant to Federal Rule of Criminal Procedure 36.

IT IS ORDERED:

1. The Defendant's motion to amend the Judgment (Filing No. 210) is granted; and

2. An amended Judgment will be issued correcting the error.

DATED this 31st day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge